# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRILLIANCE LODGE

NO. 2026 KW 0208

**JULY 22, 2026**

---

In Re:    Brilliance Lodge, applying for supervisory writs, 23rd
          Judicial District Court, Parish of Ascension, No. 44685.

---

**BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.**

SMM
BDE
WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT